# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00672-CR

**Thomas Howard Hollowell, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT
## NO. 5489, HONORABLE GUILFORD L. JONES, III, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In August 2004, appellant Thomas Howard Hollowell pleaded guilty to indecency with a child by contact. *See* Tex. Pen. Code Ann. § 21.11 (West 2003). Pursuant to a plea bargain agreement, the district court deferred adjudication and placed Hollowell on community supervision for ten years. In September 2005, the court revoked supervision on the State's motion, adjudged Hollowell guilty, and imposed a twenty-year sentence. This appeal followed.

Hollowell's court-appointed attorney filed a brief concluding that this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974);

*Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Hollowell responded by filing a pro se "application for writ of error" asserting a number of "just cause grounds for consideration."

We have reviewed the record, counsel's brief, and Hollowell's pro se filing. We find nothing in the record that might arguably support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Counsel's motion to withdraw is granted.

The judgment of conviction is affirmed.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Affirmed

Filed:   June 2, 2006

Do Not Publish